IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WENDI RENAE WELLS | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(6), and 1153 |

COUNT ONE

**Assault with a Dangerous Weapon**

The Grand Jury Charges:

On or about March 23, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

WENDI RENAE WELLS,

an Indian, assaulted Jane Doe with a dangerous weapon, namely, a high-heeled boot, with intent to do bodily harm to Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

COUNT TWO

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Further Charges:

On or about March 23, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

WENDI RENAE WELLS,

an Indian, assaulted Jane Doe, which resulted in serious bodily injury to Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

NB/tmg